Dennis White, Respondent, v. New York Military Academy Realty Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Clark* v. *New York*

*Military Academy Realty Co.* (*ante*, p. 426), decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Cornelia Whitson and Alizina Tynan, Impleaded with Addie M. F. Patrick, Appellant, v. Viola B. Wicks and Others, Respondents.— Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.